# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2735

_____

Vincent X. Lee,                                      *
                                                     *
                    Appellant,                        *
                                                     *   Appeal from the United States
            v.                                        *   District Court for the
                                                     *   Eastern District of Missouri.
Gary B. Kempker; James A. Gammon;                    *
Unknown Bowen; D. Minor; Unknown                     *   [UNPUBLISHED]
Faulkner; Unknown Ridgeway; F.                       *
Stephenson; Unknown Cardozi;                         *
Unknown Pulliam; Unknown                             *
Lovingier; Unknown Holzclaw;                         *
Unknown Steel,                                       *
                                                     *
                    Appellees.                        *

_____

Submitted: October 6, 2003
Filed: October 23, 2003

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Missouri prisoner Vincent Lee appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action.  Having carefully reviewed the record, we agree with the district court that Lee failed to exhaust available prison administrative remedies as to all claims.  See 42 U.S.C. § 1997e(a); Jones v. Norris, 310 F.3d 610, 612 (8th Cir. 2002) (per curiam) (standard of review).  Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).